# United States Court of Appeals for the Federal Circuit

2007-1017

CHARLES W. PARKER,

                Plaintiff-Appellant,

v.

MICROSOFT CORPORATION,

                Defendant.

## Judgment

ON APPEAL from the     United States District Court for the District of Columbia

In CASE NO(S).     06-CV-00540

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

<u>AFFIRMED</u>.

ENTERED BY ORDER OF THE COURT

DATED JAN 1 0 2007

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** JAN 3 1 2007

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: Judith Brown  Date: 1/31/07

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1017

CHARLES W. PARKER,

                     Plaintiff-Appellant,

v.

MICROSOFT CORPORATION,

                     Defendant.

Charles W. Parker, of Durham, North Carolina, pro se.

Appealed from: United States District Court for the District of Columbia

Judge Henry H. Kennedy, Jr.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1017

CHARLES W. PARKER,

                          Plaintiff-Appellant,

v.

MICROSOFT CORPORATION,

                          Defendant.

DECIDED: January 10, 2007

Before LOURIE, LINN, and MOORE, Circuit Judges.

PER CURIAM.

    Charles W. Parker ("Parker") appeals a final judgment of the United States District Court for the District of Columbia dismissing his patent infringement action against Microsoft Corporation as frivolous. Parker v. Microsoft Corp., No. 06-CV-00540 (D.D.C. Mar. 23, 2006). We review a district court's frivolousness determination for an abuse of discretion. Denton v. Hernadez, 504 U.S. 24, 32 (1992). Parker's allegations that he has patented the "elemental atom" and that Microsoft has infringed his rights by using and improperly claiming inventorship of such an invention are "fanciful," "fantastic," and "delusional" contentions supporting the district court's determination. Id. at 33-34. On appeal, Parker provides us with no persuasive basis to conclude that the district court abused its discretion in dismissing the action. We

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 1/31/07