NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1017

CHARLES W. PARKER,

           Plaintiff-Appellant,

v.

MICROSOFT CORPORATION,

           Defendant.

Charles W. Parker, of Durham, North Carolina, pro se.

Appealed from: United States District Court for the District of Columbia

Judge Henry H. Kennedy, Jr.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**NOTICE OF ENTRY OF
JUDGMENT ACCOMPANIED BY OPINION**

OPINION FILED AND JUDGMENT ENTERED: 01/10/07

    The attached opinion announcing the judgment of the court in your case was filed and judgment was entered on the date indicated above. The mandate will be issued in due course.

    Information is also provided about petitions for rehearing and rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

    No costs were taxed in this appeal.

    Regarding exhibits and visual aids: Your attention is directed to FRAP 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

JAN HORBALY
Clerk

cc:   Charles W. Parker
      None

PARKER V MICROSOFT, 2007-1017
DCT - 06-CV-00540   UNA

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1017

CHARLES W. PARKER,

           Plaintiff-Appellant,

v.

MICROSOFT CORPORATION,

           Defendant.

---

DECIDED: January 10, 2007

---

Before LOURIE, LINN, and MOORE, Circuit Judges.

PER CURIAM.

  Charles W. Parker ("Parker") appeals a final judgment of the United States District Court for the District of Columbia dismissing his patent infringement action against Microsoft Corporation as frivolous. Parker v. Microsoft Corp., No. 06-CV-00540 (D.D.C. Mar. 23, 2006). We review a district court's frivolousness determination for an abuse of discretion. Denton v. Hernadez, 504 U.S. 24, 32 (1992). Parker's allegations that he has patented the "elemental atom" and that Microsoft has infringed his rights by using and improperly claiming inventorship of such an invention are "fanciful," "fantastic," and "delusional" contentions supporting the district court's determination. Id. at 33-34. On appeal, Parker provides us with no persuasive basis to conclude that the district court abused its discretion in dismissing the action. We affirm.